IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| RUBY A. STULTZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:15-cv-00055 |
| WAL-MART STORES, INC., and | ) ) |
| WAL-MART STORES EAST, L.P. | ) ) |
| Defendants. | ) ) |

## FINAL ORDER

The parties have settled and compromised the claims asserted in this action. The terms of the agreed settlement require the resolution of all liens, including any lien for Medicare benefits which paid for the medical care and treatment of injuries claimed by the plaintiff. It now appearing proper to do so, IT IS ORDERED as follows:

1. This action and all claims alleged herein shall be and hereby are DISMISSED WITH PREJUDICE and without an award of costs or fees to any party.

2. The Court shall retain jurisdiction of this action solely for the purpose of enforcing the terms of the parties' settlement.

Entered: 11/22/16

s/Jackson L. Kiser
Senior United States District Judge